■ In the Matter of CARMINE G. MATTEO et al., Appellants, v BETSY GOTBAUM, as Commissioner of the City of New York Department of Parks, et al., Respondents. [619 NYS2d 674] — Appeal by the petitioners from a judgment of the Supreme Court, Kings County (Yoswein, J.), dated July 9, 1993.

Ordered that the judgment is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Yoswein at the Supreme Court. Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.